RECEIVED
IN LAKE CHARLES, LA.

DEC 04 2015

TONY R. MOORE, CLERK
BY_____ /PM/ _____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KEVIN PRZEMYSLAW PAWLIK<br>BOP #10028-023 | * <br> * <br> * | CIVIL ACTION NO. 2:14-cv-3546<br>SECTION P |
| v. | * <br> * <br> * | JUDGE MINALDI |
| C. MAIORANA | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 5) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus (Rec. Doc. 1) filed pursuant to 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE** because the court lacks jurisdiction to consider these claims.

Lake Charles, Louisiana, this 3 day of Dec, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE